**Order filed November 6, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00733-CV
_____

### IN THE INTEREST OF B.E.W, A MINOR CHILD

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 1986-09032**

## O R D E R

Appellant's brief was due October 11, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 21, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM